IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR284 |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMANTHA CAWYER, EMIDIO BECERRA, OSCAR ULISES QUIROZ AYON, GIOVANA CISNEROS, and LORENZO GONZALEZ-PEREZ, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on the defendant, Lorenzo Gonzalez-Perez's unopposed Motion to Continue Trial [288]. Counsel for Defendant Lorenzo Gonzalez-Perez will be on maternity leave through mid-March, 2023 and needs additional time meet with the Defendant to discuss plea resolution versus trial. Counsel for the remaining co-defendants have been contacted and have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [288] is granted, as follows:

1. The jury trial, **for all defendants**, now set for March 21, 2023, is continued to **May 22, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 22, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** February 21, 2023.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**